UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ATLANTIC SPECIALITY INSURANCE COMPANY,    :
:
Plaintiff,    :
:
-v-    :
:
COSCO SHIPPING LINES, CO., LTD., et al.,    :
:
Defendants.    :
:
-------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 01/21/2026 |

25-cv-00030 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully requested to close Dkt. No. 27 and to close the case.

SO ORDERED.

Dated: January 21, 2026
       New York, New York

_____
            LEWIS J. LIMAN
       United States District Judge